UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 11-20421

Honorable John Corbett O'Meara

v.

JOHN ROBERT KENNEDY,

        Defendant.
        _____/

**ORDER GRANTING DEFENDANT'S JANUARY 9, 2012
MOTION TO DISMISS COUNT SIX**

      This matter came before the court on defendant John Robert Kennedy's January 9, 2012 motion to dismiss Count Six of the indictment. The government filed a response February 16, 2012, concurring in Defendant's requested relief.

      It is hereby **ORDERED** that defendant Kennedy's January 9, 2012 motion is **GRANTED**; and Count Six of the Indictment is **DISMISSED.**

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: March 13, 2012

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 13, 2012, using the ECF system.

                                          s/William Barkholz
                                          Case Manager